IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARL A. BOWEN, JR.                                                                    PLAINTIFF

v.                                        Case No. 1:26-cv-01010

DEXTER PAYNE; SARAH
HUCKABEE SANDERS; CARRI
MOORE; and CAMERON OWENS                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on May 15, 2026, by the Honorable

Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF

No. 8.  Judge Singleton recommends that Plaintiff's case be dismissed without prejudice for failure

to prosecute and for failure to obey Court orders.  *Id.* at 3.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has

passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record

and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation

(ECF No. 8) *in toto*.  Accordingly, the Court finds that Plaintiff's Complaint should be and hereby

is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] The Report and Recommendation was returned as undeliverable.  ECF No. 9.  Plaintiff has not provided the Court with a new address.  *Id.*